

U.S. Department of Justice

*United States Attorney*
*Northern District of New York*
*Financial Litigation Unit*

---

*P.O. Box 7198*  
*100 South Clinton Street*  
*Syracuse, New York 13261*

*315-448-0672*  
*FAX: 315-448-0646*

September 24, 2009

Honorable David Peebles
United States Magistrate Judge
U.S. Courthouse & Federal Building
P.O. Box 7345
Syracuse, New York 13261-7345

Re:  **United States v. Victor A. Albert, Jr.**
     Court No. 3:09-CV-0769/TJM-DEP

Dear Magistrate Judge Peebles:

We have been advised that the defendant no longer is employed and therefore, cannot proceed with the Writ of Continuing Garnishment in the above-referenced action.

Therefore, we will not be proceeding with this action. This will conclude this proceeding and the clerk of the court may close their file. Thank you for your cooperation.

Respectfully,

**ANDREW T. BAXTER**
United States Attorney

By:  William H. Pease
     Assistant U.S. Attorney
     Chief, Civil Division

Enclosures
/hma

IT IS SO ORDERED:

David E. Peebles
U.S. Magistrate Judge
Dated: 9/25/09

Syracuse, NY